**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Erica T. Moore

Appellate case number:    01-22-00265-CV

Trial court case number:  2016-56424

Trial court:                309th District Court of Harris County

This Court issued an opinion on May 10, 2022, denying relator's petition for writ of mandamus. On May 12, 2022, relator filed a motion for rehearing en banc. In consideration of this motion, the Court observes that in the petition for writ of mandamus relator declared that every factual statement in the petition was supported by competent evidence in the appendix, but relator failed to comply with the Rule 52.3(k) requirement that the appendix include "certified or sworn copies" of documents showing the matter complained of. *See* TEX. R. APP. P. 52.3(k)(1)(A). On July 11, 2022, relator filed a supplemental notice containing a sworn copy of a docket control order showing the trial court has set a trial on the merits on August 1, 2022.

The Court will permit relator to comply with Rule 52.3(k) by filing a corrected appendix to the petition for writ of mandamus containing the following: (1) certified copies of the appendix documents, or (2) an affidavit for inclusion in the appendix to the petition for writ of mandamus swearing that the documents contained in the appendix are true and correct copies of documents as required by Rule 52.3(k). *See* TEX. R. APP. P. 52.3(k)(1).

Relator must comply with this order **within 5 days of the date of this order**.

It is so ORDERED.


Judge's signature: _____Justice Peter Kelly_____
                   ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra.


Date: ___July 14, 2022_____